No. 72–1174. SAGLIMBENE v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 72–1175. LOBUE v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 72–1189. JOHNSON ET AL. v. WARNER, SECRETARY OF THE NAVY, ET AL. C. A. 9th Cir. Certiorari denied.

No. 72–1192. BOSTIC v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 72–1216. BAKER ET AL. v. F & F INVESTMENT ET AL. C. A. 2d Cir. Certiorari denied.

No. 72–1226. BRIERLEY, WARDEN v. PHELAN. C. A. 3d Cir. Certiorari denied.

No. 72–1230. YOUNG v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 72–1237. SERVICE INVESTMENT Co., INC. v. STATE MUTUAL LIFE ASSURANCE COMPANY OF AMERICA. C. A. 6th Cir. Certiorari denied.

No. 72–1241. ILLMAN v. TOLEDO BAR ASSN. Sup. Ct. Ohio. Certiorari denied.

No. 72–1242. DURELL PRODUCTS, INC. v. AJAX REALTY CORP. C. A. 4th Cir. Certiorari denied.

No. 72–1248. MULTARI EQUIPMENT CORP. ET AL. v. NEW YORK. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 72–1263. WILK ET AL. v. YELLOW FREIGHT SYS-TEM, INC., ET AL. C. A. 6th Cir. Certiorari denied.